

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00639-CV

**IN THE INTEREST OF L.A.,** et al children,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01513
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file her brief is GRANTED. Appellant's brief is due on **October 30, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court